No. 01–352. ARSBERRY ET AL. v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the

consideration or decision of this petition.